# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE RUBY SLIPPER CAFE, LLC**<br>　　Plaintiff<br><br>v.<br><br>**CHRISTOPHER BELOU and CB HOSPITALITY, LLC**<br>　　Defendants | **CASE NO.: 18-1548**<br><br>**JUDGE SUSIE MORGAN**<br><br>**MAGISTRATE JUDGE ROBY**<br><br>**SECTION "E" (4)** |

## JOINT MOTION FOR ENTRY OF
## ORDER ON PROTOCOL FOR COMPUTER FORENSIC EXAMINATION

Pursuant to the Court's July 16, 2018 Minute Order (Doc. 90), Plaintiff The Ruby Slipper Café, LLC ("Ruby Slipper") and Defendants Christopher Belou ("Belou") and CB Hospitality, LLC ("CBH") (collectively, "Defendants") submit the following agreed upon [proposed] protocol to the Court for approval regarding the forensic examination of Belou's personal electronic devices (the "Protocol"). The parties therefore respectfully request that the Court permit the entry of the attached Order on Protocol for Computer Forensic Examination.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *David L. Patron*
　　　　　　　　　　　　　　　　　　David L. Patrón (La. Bar #22566)
　　　　　　　　　　　　　　　　　　Lindsay Calhoun (La. Bar #35070)
　　　　　　　　　　　　　　　　　　James H. Gilbert (La. Bar #36468)
　　　　　　　　　　　　　　　　　　Phelps Dunbar LLP
　　　　　　　　　　　　　　　　　　365 Canal Street, Suite 2000
　　　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　　　(504) 566-1311
　　　　　　　　　　　　　　　　　　david.patron@phelps.com
　　　　　　　　　　　　　　　　　　lindsay.calhoun@phelps.com
　　　　　　　　　　　　　　　　　　james.gilbert@phelps.com

　　　　　　　　　　　　　　　　　　*Attorneys for The Ruby Slipper Café, LLC*

- and -

/s/ *Stephen Kepper*
Gregory D. Latham, LA Bar No. 25955
Stephen Kepper, LA Bar No. 34618
INTELLECTUAL PROPERTY CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans, LA 70130
Telephone: (504) 322-7166
Facsimile: (504) 322-7184
glatham@iplawconsulting.com
skepper@iplawconsulting.com

*Attorneys for Christopher Belou and CB Hospitality, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 5th day of September, 2018, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record and/or have served a copy of the foregoing pleading on all parties to this proceeding through the United States Mail and/or facsimile or e-mail transmission.

　　　　　　　　　　　　　　　　　　*/s/ David L. Patrón*