UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE RUBY SLIPPER CAFE, LLC, | Civil Action No.: 2:18-CV-01548 |
| Plaintiff, | Judge: SUSIE MORGAN |
| versus | Magistrate: KAREN WELLS ROBY |
| CHRISTOPHER BELOU and CB HOSPITALITY, LLC, | |
| Defendants. | |

# ORDER ON PROTOCOL FOR COMPUTER FORENSIC EXAMINATION

Pursuant to the Court's July 16, 2018 Minute Order (Doc. 90), Plaintiff The Ruby Slipper Café, LLC ("Ruby Slipper") and Defendants Christopher Belou ("Belou") and CB Hospitality, LLC ("CBH") (collectively, "Defendants") submit the following agreed upon protocol to the Court for approval regarding the forensic examination of Belou's personal electronic devices (the "Protocol"):

1. Belou, at his sole expense, will retain Belumbra LLC (the "Consultant") to conduct the forensic examination, set forth herein, of the following electronic devices identified in Belou's July 15, 2018 Responses to Plaintiff's Second Set of Interrogatories (the "Devices"): (a) Hewlett Packard desktop (the "Desktop"), acquired in or around October of 2017; (b) Apple iPhone 5 (the "iPhone"), acquired around the time Belou left the employ of the Ruby Slipper; and (c) two external flash drives (the "Flash Drives"), acquired in early 2018. Belou represents that the aforementioned Devices are the only electronic devices in his possession, custody, or control, where Belou has created, modified, stored, transferred, or deleted files and/or received, sent, stored, or deleted electronic communications.

2. Within three (3) business days following the Court's approval of the Protocol, the Consultant will begin to create forensic, bit stream images (the "Images"), using the latest version of EnCase forensic software or its equivalent, of the entire contents of: (a) any and all hard drives in the Desktop; (b) the Flash Drives; (c) the iPhone; and (d) any and all iCloud accounts associated with the iPhone ("Devices"). Defendants shall provide the Consultant with all necessary credentials to access the foregoing. The Images shall include logical files and, to the extent they exist, free space and remnant data. The Images will remain in the Consultant's sole custody and securely stored at the Consultant's Baton Rouge facility. The Consultant will use the Images to conduct the forensic examination, but shall not in any way modify the data stored on the Images. The Consultant will follow a chain-of-custody protocol in the handling of the Images through the forensic imaging process and post recovery/production stages.

3. The purposes of this examination are to: (1) identify any Ruby Slipper confidential information and/or proprietary information and/or trade secrets ("Ruby Slipper Materials") that are on the Devices; (2) determine whether any Ruby Slipper Materials were deleted or attempted to be deleted from the Devices between January 1, 2017 and the present and, if so, when; (3) determine whether any Ruby Slipper Materials were moved or attempted to be moved to any cloud storage location between January 1, 2017 and the present and, if so, when and where; and (4) identify and attempt to recover any communications between January 1, 2017 and the present with Sugarland Holdings, LLC or any of its agents, including Romney Richard and Charley Richard.

4. Within three (3) business days of creating the Images, the Consultant will conduct a forensically sound search of the Images for any of the search terms and/or file names set forth in <u>Exhibit</u> A hereto, in order to identify files and file fragments containing the search

terms and/or file names that were created, edited, or deleted between January 1, 2017 and the present. The Consultant shall include in the search all allocated/active, unallocated, and slack space and any data recoverable through data carving and text stripping. The searches will be run without regard to letter case.

5. Upon completion of the foregoing search, the Consultant shall provide to the Defendants' counsel a spreadsheet ("Spreadsheet") containing the following information, where applicable, for each file or file fragment identified: (1) File Name; (2) File Extension; (3) Date Created; (4) Date Last Modified; (5) Full Path; (6) Author; (7) Sender; (8) Recipient; (9) CC; (10) BCC; (11) Subject; and (12) contextual data (200 characters on either side of the search term). For files or file fragments that are part of an email family (*i.e.* an email and its attachments), the Consultant will include all family members in the Spreadsheet. If the Consultant is unable to ascertain the dates associated with particular data and/or documents found in the slack space or unallocated space, the Consultant and counsel shall promptly confer regarding the treatment for such data and/or documents.

6. After receiving the Spreadsheet identifying the files and file fragments from the Consultant, Defendants' counsel shall make its best efforts to provide to Ruby Slipper's counsel and to the Consultant, within ten (10) business days: (a) a log of any files or file fragments that Defendants contend are protected by the attorney-client privilege, the work product doctrine, or other legally recognized privilege (the "Privilege Log"), said log to comply with the requirements of Fed. R. Civ. P. 26(b)(5); and (b) a log of any files or file fragments that Defendants contend are highly personal and confidential to Belou or members of his immediate family, such as medical records, educational records, or personal financial records (but not including financial records that pertain, in whole or in part, to the Full Blast Brunch restaurant)

(the "Personal Files Log"). If Defendants have not identified any files or file fragments for inclusion in a Privilege Log or a Personal Files Log, Defendants' counsel shall so notify both Ruby Slipper's counsel and the Consultant.

7. At the same time of providing Ruby Slipper's counsel with a copy of Defendants' Privilege Log and/or Personal Files Log, Defendants' counsel will also provide Ruby Slipper's counsel with a revised copy of the Spreadsheet where any files and/or file fragments listed on the Privilege Log and/or the Personal Files Log have been removed from the original Spreadsheet ("Revised Spreadsheet").

8. Within three (3) business days of receiving the Revised Spreadsheet, Defendants' Privilege Log and/or Personal Files Log, or notification from Defendants' counsel that no such logs are being provided, the Consultant shall provide to Ruby Slipper's counsel and to Defendants' counsel a copy of all files and file fragments identified in the Revised Spreadsheet.

9. In the event Ruby Slipper disputes that any file and/or file fragment was properly included in Defendants' Privilege Log and/or Personal Files Log, Ruby Slipper's counsel shall so notify Defendants' counsel, and counsel will promptly meet and confer in an attempt to resolve the dispute. If counsel are unable to reach a resolution, then Ruby Slipper's counsel may file a motion seeking appropriate relief from the Court.

10. All files and/or file fragments produced pursuant to this Protocol shall be treated as Confidential under the March 20, 2018 Protective Order (Doc. 22). If a party wishes to designate any such files and/or file fragments as Attorneys' Eyes Only under the Protective Order, the party shall so notify the other party, and such files and/or file fragments shall, from that time, be treated as Attorneys' Eyes Only, unless and until the parties agree or the Court orders otherwise.

11. In addition to the foregoing, the Consultant shall, within three (3) business days of creating the Images, prepare and deliver to counsel for Ruby Slipper and Defendants a report showing all programs that were run on the Device and all available information concerning dates and times on which those programs were run. The Consultant will highlight in the report those programs that the Consultant reasonably believes to be programs that could be used for the purpose of "wiping" the contents of a device in whole or in part. After receiving the report, counsel shall promptly confer with each other and with the Consultant to determine what additional steps, if any, will be taken to identify any "wiping" activity on the Device.

12. In addition to the foregoing, the Consultant shall, within three (3) business days of providing a copy of all files and file fragments identified in the Revised Spreadsheet, advise Ruby Slipper's and Defendants' counsel as regards additional steps, if any, that the Consultant could undertake to determine whether any cloud transfer/storage tools (for example, Dropbox, Box.com, Sharefile, etc.) were used to transfer any files and, if so, what files were transferred and on what dates. Counsel for the parties shall thereupon promptly confer regarding any such further analysis to be undertaken by the Consultant.

13. The parties shall notify the Consultant when the litigation, including any and all appeals, has concluded, at which time the Consultant shall permanently delete and/or destroy the Images, including any and all files obtained therefrom, and shall certify said destruction in writing to Defendants' counsel and to Ruby Slipper's counsel.

Reviewed and agreed:

                    THE RUBY SLIPPER CAFE, LLC,
                    By its attorneys,

                    */s/ Davild L. Patrón*
                    David L. Patrón (La. Bar #22566)
                    Lindsay Calhoun (La. Bar #35070)
                    James H. Gilbert (La. Bar #36468)
                    Phelps Dunbar LLP
                    365 Canal Street, Suite 2000
                    New Orleans, LA 70130
                    (504) 584-9295
                    david.patron@phelps.com

                    Steven L. Manchel (*pro hac vice*)
                    Brian H. Lamkin (*pro hac vice*)
                    Manchel & Brennan, P.C.
                    100 River Ridge Drive, Suite 308
                    Norwood, MA 02062
                    (617) 796-8920
                    smanchel@manchelbrennan.com

                    CHRISTOPHER BELOU AND CB
                    HOSPITALITY, LLC,
                    By their attorneys,

                    */s/ Stephen Kepper*
                    Gregory D. Latham, LA Bar No. 25955
                    Stephen Kepper, LA Bar No. 34618
                    Intellectual Property Consulting, LLC
                    334 Carondelet Street, Suite B
                    New Orleans, LA 70130
                    (504) 322-7166
                    glatham@iplawconsulting.com

New Orleans, Louisiana this _____ day of September, 2018.

                    _____
                    SUSIE MORGAN
                    UNITED STATES DISTRICT JUDGE

# Exhibit A
# Search Terms

1. Any file or file fragment containing all of the following words: Orange; Pensacola; Magazine; Canal; City; Marigny.

2. Any file or file fragment containing any of the following search terms:

| | |
|---|---|
| Ruby Slipper | Quick Spec |
| RSC | fire roasted turkey breast sandwich |
| Weishaupt | goat cheese & chutney |
| therubyslippercafe.net | big bacon burger |
| Broad Street | chicken salad |
| Sugarland | seasonal fruit cobbler oatmeal |
| Romney | cheesecake stuffed French toast |
| sugarjournal.com | French toast batons |
| Leefe | skinny migas |
| Gibbs | eggs creole |
| leefegibbs.com | bread pudding pancakes |
| Borrouso | whiskey sauce |
| Borousso | cheesecake stuffed French toast |
| Borrousso | candy bar pancake |
| boorrousorealty.com | chorizo country gravy |
| confidentiality agreement | spiced apple pie |
| HotSchedules | cheesecake stuffed French toast |
| ShiftNote | eggs jockamo |
| weekly stats report | eggs jockomo |
| Alack | bacon pecan pancake |
| Edward Don | bacon praline pancake |
| New Orleans Woodworking | red eye ham benedict |
| Sumrow | lemon curd |
| GM call | blood orange margarita |
| caramel sauce | chorizo prep spec |
| 1Q17 | eggs blackstone |
| 2Q17 | catfish coubion |
| 3Q17 | bam bam biscuit |
| 4Q17 | croque madame |
| performance results | fruit cobbler pancake |
| NSO | cochon poboy |
| new store opening | trifecta |
| Cajun Power Sauce | pancake flight |
| cajunpowersauce.com | French Truck espresso drinks |
| commissary spec | morning margarita |
| coffee drink spec | |

3. Any of the following file names:

   1Q17 Results Overview.docx
   2Q17 Results Overview.docx
   Ruby Slipper Supply History.pdf
   RSC Pay Rates All Locations June 2017.docx
   RSC  Pay Rates All Locations August 2017.pdf
   RSC Pay Rates All Locations August 2017.pdf
   Line Check updated 8.16.17.xlsx
   NSO Checklist Ruby Slipper Master.xlsx
   Ad Breakfast Cook.docx
   Executive Org Chart Aug 2017.jpg
   New Items quick spec 10-23-15.pub
   RSC Recipe Specs 100115.docx
   Bar Line Check.xlsx
   commissary specs ver 2.pdf
   Daily Cleaning Checklist.docx
   Fire Prevention and Safety v1.0 August 2015.docx
   FOH and Cashout Procedures Update Nov 12 15.docx
   QA Quick Check.xlsx
   Scheduling Parameters.docx
   Weekly GM Call Notes 8-10-2017.docx
   Eggs Creole.docx
   Bread Pudding pancakes.docx
   September Weekend Specials.xlsx
   Staff Tracker 9-5-17.xlsx
   WE 9-7-2017 Weekly Numbers.xlsx
   BOH Training Outline.docx
   Busser Training Checklist 6.30.17.docx
   Host Training Checklist 6.19.17.docx
   Line Cook Training Checklist 6.26.17.docx
   Server Training Checklist 6.26.17.docx
   BOH Policy Test 6.27.17.docx
   Busser Training Tests 6.29.17.docx
   FOH Policy Test 6.27.17.docx
   Host Training Tests 6.19.17.docx
   Server Training Tests 6.29.17.docx
   FOH Training Manual 6.30.17.pdf
   Staff Tracker 9-13-17.xlsx
   Candy Bar Pancake.docx
   Chorizo country gravy spec.docx
   Spiced Apple Pie.docx
   October Weekend Specials.xlsx
   Eggs Jockomo.docx
   Certified Trainer Job Description Oct 2017.pdf
   CT Interview Guide Oct 2017.pdf

CT Process Oct 2017.pdf
final smallwares BR Don & Co.pdf
RSC Weekly Numbers WE 10-12-2017.xlsx
RSC Weekly Numbers 10-26-2017.xlsx
Bacon Pecan Pancakes (2).docx
Red Eye Ham Benedict.docx
Blueberry lemon curd SFT (1).docx
Lemon Curd.docx
Blood Orange Margarita (2).pdf
Bulk Chorizo Prep Spec.pdf
A-101 REVISED LAYOUT.pdf
A-510 REVISED DETAILS.pdf
RSC AUDIT.xlsx
Weekly Numbers 11-16-17.xlsx
RSC Weekly Numbers Thanksgiving Week.xlsx
Coffee Drink Spec Update %2F%2F Dec. 2017.pdf
New Menu Test Dec 2017 (Answer Key).pdf
New Menu Test Dec 2017.pdf