UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE RUBY SLIPPER CAFE, LLC, | ) | Civil Action No.:  2:18-CV-01548 |
| Plaintiff, | ) | Judge:        BARRY ASHE |
| versus | ) | Magistrate:   KAREN WELLS ROBY |
| CHRISTOPHER BELOU and CB HOSPITALITY, LLC, | ) | |
| Defendants. | ) | |

**MOTION FOR SUPPLEMENTAL FORENSIC EXAMINATION PURSUANT TO THE COURT'S ORDER ON PROTOCOL FOR COMPUTER FORENSIC EXAMINATION**

Plaintiff The Ruby Slipper Café, LLC ("Ruby Slipper"), by and through its counsel, submits this Motion for Supplemental Forensic Examination Pursuant to the Court's Order on Protocol for Computer Forensic Examination ("Motion").

Plaintiff seeks to examine undisclosed computers of Defendants Christopher Belou ("Belou") and CB Hospitality, LLC ("CBH") (collectively, "Defendants"). As the Court knows from Ruby Slipper's *Ex Parte* Motion for Seizure of Trade Secret Information ("Motion for Seizure") (Rec. Doc. 133), numerous former employees of Defendants' restaurant, Fullblast Brunch, have signed affidavits testifying that Belou – despite all of their representations to the contrary and despite a Temporary Restraining Order and a Preliminary Injunction requiring Defendants to return, delete, and not use all Ruby Slipper information in their possession, custody, or control – kept numerous Ruby Slipper recipes hidden at Fullblast Brunch and used them to prepare food and drink items for sale to their customers.

These same former employees have provided eyewitness testimony that Defendants kept two computers at Fullblast Brunch—a laptop and a tower desktop—neither of which Defendants

disclosed or made available for forensic examination as required by the Court's Order on Protocol for Computer Forensic Examination ("Computer Forensics Order") (Rec. Doc. 100), an order that was entered because of Belou's admitted spoliation of evidence.  As set forth more fully in the attached memorandum in support, Ruby Slipper respectfully requests that the Court:  (1) order Defendants to identify, by make, model, serial number, and purchase date, all electronic devices owned, leased, or used by Defendants at any time from January 1, 2018 to present, other than the specific devices already identified in the Computer Forensics Order; (2) order Defendants (not Defendants' counsel) to certify, under oath, that all such electronic devices have been identified; (3) order Defendants to submit all identified devices, including but not limited to the desktop and laptop computers referenced in the affidavits of the former Fullblast Brunch employees, to a forensic examination as set forth in the Computer Forensics Order; and (4) award Ruby Slipper its costs, including attorneys' fees, that it has incurred and will incur in connection with both this Motion and any supplemental computer forensics order issued by the Court, including but not limited to Ruby Slipper's review of the results of any such supplemental examination.

Dated:  October 9, 2019                                  Respectfully submitted,

                                                         THE RUBY SLIPPER CAFE, LLC,
                                                         By its attorneys,

                                                         */s/ David L. Patrón*
                                                         David L. Patrón (La. Bar #22566)
                                                         Lindsay Calhoun (La. Bar #35070)
                                                         James H. Gilbert (La. Bar  #36468)
                                                         Phelps Dunbar LLP
                                                         365 Canal Street, Suite 2000
                                                         New Orleans, LA 70130
                                                         (504) 584-9295
                                                         david.patron@phelps.com

                                                         Steven L. Manchel (*pro hac vice*)
                                                         Brian H. Lamkin (*pro hac vice*)
                                                         Manchel & Brennan, P.C.
                                                         100 River Ridge Drive, Suite 308
                                                         Norwood, MA 02062
                                                         (617) 796-8920
                                                         smanchel@manchelbrennan.com