

Gregory D. Latham
glatham@iplawconsulting.com
Phone: 504.322.7166
Fax: 504.322.7184

March 9, 2018

**VIA HAND DELIVERY**
David L. Patron
James Gilbert
Phelps Dunbar
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534

Re: Ruby Slipper documents

Dear David:

Pursuant to the March 7, 2018 Consent Order, enclosed are all documents and materials (paper and electronic) relating to the Ruby Slipper that were in the possession of Mr. Belou. The electronic materials are provided on a flash drive. Except for emails, all files are provided in the native format (some large files and/or directories have been compressed into ZIP format). Emails have been provided in MBOX format.

This letter also serves as certification that Mr. Belou has deleted all electronic materials and no longer has access to those materials.

As always, if you have any questions or concerns, please do not hesitate to contact me or Stephen.

Sincerely,

Gregory D. Latham

GDL/sgw

Cc: Stephen Kepper

EXHIBIT A

334 Carondelet Street | Suite B | New Orleans, LA | 70130
p: 504.322.7166   f: 504.322.7184
www.iplawconsulting.com