CHRISTOPHER BELOU                                              March 22, 2018

                                                                                                           1

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


   THE RUBY SLIPPER CAFE, LLC   *   CIVIL ACTION NO.

                   Plaintiff,   *   2:18-CV-01548

   VERSUS                       *

                                *   JUDGE MORGAN

   CHRISTOPHER BELOU AND        *

   CB HOSPITALITY, LLC,         *   MAGISTRATE ROBY

                   Defendants.  *

   *   *   *   *   *   *   *   *   *   *
```

      Deposition of CHRISTOPHER J. BELOU, given at the offices of Intellectual Property Consulting, LLC, 334 Carondelet Street, Suite B, New Orleans, Louisiana 70130, on March 22nd, 2018.



      REPORTED BY:

           JOSEPH A. FAIRBANKS, JR., CCR, RPR

           CERTIFIED COURT REPORTER #75005

JOHNS, PENDLETON, FAIRBANKS AND FREESE                   504 219-1993

CHRISTOPHER BELOU                                          March 22, 2018

                                                                      68

```
 1   EXAMINATION BY MR. MANCHEL:
 2        Q.   I hand you what's been marked as Belou
 3   Exhibit 8, which for the record is an email
 4   that begins cbelou1, December 24, 2017, at
 5   6:34:28 PM.
 6             First of all, sir, the email address
 7   at the top, that's your email address; correct?
 8             (Exhibit B-8 was marked for
 9   identification and is attached hereto.)
10        A.   That's my personal email address.
11   EXAMINATION BY MR. MANCHEL:
12        Q.   Okay.  And who is the Romney to whom
13   this email is being sent?
14        A.   That's Romney Richard.
15        Q.   Is that the landlord, sir?
16        A.   Yes.
17        Q.   You see at the bottom -- and this is
18   something your counsel has just mentioned.  You
19   see it says Sugarland --
20        A.   Yes.
21        Q.   -- 158?
22             What that means, sir, is that
23   Sugarland produced this document?  Okay?
24             But this an email written by you.
25   Correct?
```

CHRISTOPHER BELOU                                         March 22, 2018

                                                                      69

 1     A.   Yes.
 2     Q.   Do you know why you didn't produce
 3  this document?
 4     A.   I didn't have it to produce.
 5     Q.   And you didn't have it to produce
 6  because you deleted it; correct?
 7     A.   Yes.
 8     Q.   And when did you delete this document?
 9     A.   I'm not exactly sure.
10     Q.   Tell me the month and the year,
11  please, sir.
12     A.   I think it was -- I think it was
13  either late January or early February of 2018.
14     Q.   So it was after you received the
15  demand letter from Ruby Slipper.  Correct?
16     A.   Yes.
17     Q.   Okay.  So after you received the Ruby
18  Slipper demand letter, you went onto your
19  computer and you deleted this email.  Correct?
20     A.   At some point.
21     Q.   And how many other emails like this
22  did you delete?
23     A.   I -- one more.  There were two.
24     Q.   Okay.  Well, I'm going to show you,
25  sir --

CHRISTOPHER BELOU                                          March 22, 2018

                                                                      70

```
 1      A.    One more.
 2      Q.    -- about 15 emails that were produced
 3   by Sugarland and not by you.
 4            Does that refresh your memory --
 5      A.    Yes.
 6      Q.    -- about --
 7      A.    When I say one more, I mean maybe
 8   that's a thread of emails.
 9      Q.    And why did you delete the emails,
10   sir?
11      A.    I was concerned that I was dragging
12   the Richards into a lawsuit.  And I didn't want
13   to drag them into a lawsuit.
14      Q.    Were you concerned about yourself?
15      A.    No, I was more concerned about them.
16      Q.    Were you concerned about yourself?
17      A.    No.
18      Q.    So you deleted emails about your
19   planning to go into business in Cortez out of
20   concern for the landlord?
21      A.    Because we had been friends for ten
22   years, yes.
23      Q.    And you deleted them after you
24   received the demand letter from Ruby Slipper.
25   Correct?
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                     504 219-1993

CHRISTOPHER BELOU                                        March 22, 2018

                                                                    71

 1     A.   Yes.
 2     Q.   The cbelou1, is that still your email
 3  address?
 4     A.   Yes.
 5     Q.   And do you send emails from cbelou
 6  from a laptop?  Do you have a laptop?
 7     A.   No.
 8     Q.   Do you have a tower that you use?
 9     A.   Is that a desktop?
10     Q.   Yes.
11     A.   Yes.
12     Q.   So it has the tower underneath on the
13  right, and then on top you have like a keyboard
14  and a screen?
15     A.   Yes.  Well, there's no tower.  It's
16  all in one.
17     Q.   Okay.  So the hard drive for the
18  computer you're using is actually in the screen
19  itself?
20     A.   Yes.
21     Q.   Okay.
22          MR. MANCHEL:
23              I'm going to ask on the record
24          that that be preserved and not
25          touched.  And we'll address the issue