UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE RUBY SLIPPER CAFE, LLC, | Civil Action No.: 2:18-CV-01548 |
| Plaintiff, | Judge: BARRY ASHE |
| versus | Magistrate: KAREN WELLS ROBY |
| CHRISTOPHER BELOU and CB HOSPITALITY, LLC, | |
| Defendants. | |

## CERTIFICATION OF BRIAN WILSON

I, Brian Wilson, hereby certify as follows:

1. I am over 21 years of age and have personal knowledge of the facts set forth herein.

2. I am the owner of Belumbra, LLC ("Belumbra"), located in Baton Rouge, Louisiana, which provides digital forensic consulting services.

3. I have a Bachelor's degree in Computer Science, and have been awarded certifications as an EnCase Certified Examiner (EnCE) by Guidance Software Inc., a Certified Computer Examiner (CCE) by the International Society of Forensic Computer Examiners (ISFCE), and both a Certified Cellebrite Operator and Certified Cellebrite Physical Analyst. I also have been qualified as an expert witness in computer forensics.

4. On January 15, 2019, I remotely accessed, using the TeamViewer software, the Hewlett-Packard desktop computer (the "Computer") owned by Christopher Belou ("Mr. Belou").

5. I then located the following directory (the "Thunderbird Directory") on the Computer: C:\Users\CB\AppData\Roaming\Thunderbird.



EXHIBIT D

6. Using the Eraser v6.2 application, I deleted the entire contents of the Thunderbird Directory, including but not limited to all subfolders and their respective contents, within the Thunderbird Directory. I then deleted the Thunderbird Directory itself.

7. I then confirmed that the Thunderbird Directory and all of its contents had, in fact, been deleted.

8. Using the same Eraser v6.2 application, I also located and deleted the following files on Mr. Belou's Computer, then confirmed that these files had, in fact, been deleted:

   a. C:\Users\CB\Desktop\IT\CB only\RSC vs CB\G-Drive\G-Drive rsc still shared with me as of 2.14.18, deleted 3.17.18.docx

   b. C:\Users\CB\Desktop\IT\CB only\RSC vs CB\Requests and Interrogatories\139 S. Cortez purveyors\Gmail - old midcity location Caire Craig Patterson Jan29-30.pdf

   c. C:\Users\CB\Desktop\IT\CB only\RSC vs CB\Requests and Interrogatories\Romney Richard\Gmail - Romney is looking for the rent check_ 4July2013.pdf

   d. C: \Users\CB\Desktop\IT\CB only\RSC vs CB\Requests and Interrogatories\139 S. Cortez purveyors\Gmail - Your Sysco Order 123540133 Delivery Details Feb11.pdf

   e. C: \Users\CB\Desktop\IT\CB only\RSC vs CB\Requests and Interrogatories\139 S. Cortez purveyors\Gmail - Ecolab Invoice Copies Feb19.pdf;

   f. C: \Users\CB\Desktop\IT\CB only\RSC vs CB\Requests and Interrogatories\139 S. Cortez purveyors\Gmail - Ecolab Invoice Copies Feb19.pdf\ATT43598103075 Ecolab attachment Feb19.PDF;

9. I also confirmed that the following file located in the Recycle Bin on Mr. Belou's Computer no longer existed and had, in fact, been deleted:

   a. C:\$Recycle.Bin\S-1-5-21-3277460291-2566221350-1728466865-1001\RSC Pay Rates All Locations August 2017.pdf

10. When the Eraser v6.2 application is used to delete files and directories, those files and directories are permanently deleted, and cannot be restored or recovered.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2019.

_____
Brian Wilson