UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE RUBY SLIPPER CAFE, LLC, | ) | Civil Action No.: 2:18-CV-01548 |
| Plaintiff, | ) | Judge:       BARRY ASHE |
| versus | ) | Magistrate:   KAREN WELLS ROBY |
| CHRISTOPHER BELOU and CB HOSPITALITY, LLC, | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF MICHELLE CASTELIN

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**MICHELLE CASTELIN**

And after being duly sworn did depose and said:

1. I am an individual over the age of twenty-one, and I am fully competent to make this affidavit.

2. The following statements are true and correct and based on my personal knowledge.

3. I reside at 2014 Illinois Avenue, Kenner, Louisiana.

4. I was an employee of the Ruby Slipper Café in New Orleans for approximately six years. During this time, I worked as a server and bartender.

5. I began working part time for Christopher Belou at Fullblast Brunch when it opened in the summer of 2018. Chris Belou reached out to me to ask if I would come work for him. After a few months I began working full time.



6.  My boyfriend Andray Glass also worked for Chris Belou at Fullblast Brunch as a line cook.  Andray previously worked for approximately 3 years as a line cook for Ruby Slipper.

7.  While I was working at his restaurant Fullblast Brunch located at 139 S Cortez St, New Orleans, LA 70119, Chris Belou kept copies of several Ruby Slipper recipes, including the Ruby Slipper crab cake recipe, in a folder that he stored in a plastic container under his desk.  At one point while I worked there, he showed me the contents of the box.  I recognized the recipes as Ruby Slipper recipes because the font and the coloring were the same with Ruby Slipper training manuals, which I was familiar with from my time at working for Ruby Slipper.

8.  Chris Belou was typically protective of the area around his desk.  He kept the container with the Ruby Slipper recipes stored underneath the desk all the way in the back such that you would have to get on your hands and knees to reach it.  He told the employees not to go through the box.

9.  Chris Belou also kept loose copies of several Ruby Slipper recipes, including the crab cakes and the shrimp and grits recipes, folded between the pages of cookbooks that were kept on shelves near his desk.

10. Chris Belou kept two computers at Fullblast Brunch—a laptop and a desktop with a tower.  During the time that I was working at Fullblast Brunch he would spend a large amount of time claiming that he was working to delete emails and documents containing Ruby Slipper information from his computer.  I believe that he in fact was keeping copies of these emails and documents.  At one point Chris Belou showed me some of these emails on his desktop computer.

11. Due to my time as a bartender at Ruby Slipper, I am familiar with Ruby Slipper's alcohol brands and drink recipes.  The brands and recipes Chris Belou used for drinks at Fullblast Brunch were in many cases identical to those used at Ruby Slipper.

12. Chris Belou was obsessed with comparing his restaurant to Ruby Slipper.  He told me that he wanted to take over Ruby Slipper's location at 200 Magazine Street and eventually "take over the city with Fullblast Brunch."

13. Chris would mislead guests if they thought they were at a Ruby Slipper restaurant and act as though Fullblast Brunch was associated with Ruby Slipper.  He would tell customers that his restaurant was affiliated with Ruby Slipper.  If customers left the restaurant after discovering that it was not a Ruby Slipper location, he would chase them down and beg them to come back.

14. Chris Belou was bitter with Jennifer and Erich Weishaupt because he felt like he deserved a cut of the proceeds from the sale of Ruby Slipper.

15. Chris Belou was excited when he found out that Roland Gilfour no longer worked for Ruby Slipper, as he thought he could enlist Roland to help him.  In my experience Roland Gilfour is a backstabbing, vindictive person.

16. Chris Belou told me that, at one point during his employment at Ruby Slipper, he and Erich Weishaupt were considering a location at Veterans and Severn in Metairie, Louisiana for a Ruby Slipper restaurant.  Chris misled Erich and told him that business was bad for breakfast in that area in order to protect his wife's job, who worked as the general manager of the nearby La Madeline.  Chris said that he was concerned that Ruby Slipper would be a success at the location at Veterans and Severn and take business away from his wife's restaurant.

17. Though Chris Belou tried to make it seem as though his mother was doing his accounting, in fact his cousin Ryan Krause was doing the accounting. Chris Belou told me that he could not have anyone know that Krause was doing the accounting. Belou would pay Krause under the table and give him free food.

18. Eventually things with Chris Belou and the employees of Fullblast Brunch came to a head because Chris Belou refused to hire a dishwasher, instead asking the servers and cooks to wash dishes between their other duties. Eventually the entire staff walked out in the middle of service and quit. At that point he was closed for about two weeks and none of the original staff returned, including me.

_____
Michelle Castelin

Sworn to and subscribed before
me this __25__ day of September 2019.

_____
Notary Public

DAVID L. PATRON
NOTARY PUBLIC
State of Louisiana
My Commission is issued for Life