UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE RUBY SLIPPER CAFE, LLC, | ) ) | Civil Action No.: 2:18-CV-01548 |
| Plaintiff, | ) ) | Judge: BARRY ASHE |
| versus | ) ) | Magistrate: KAREN WELLS ROBY |
| CHRISTOPHER BELOU and CB HOSPITALITY, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that The Ruby Slipper Café, LLC will bring for submission the foregoing Motion for Supplemental Forensic Examination Pursuant to the Court's Order on Protocol for Computer Forensic Examination before the Honorable Barry Ashe, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on Thursday, October 24, 2019.

Respectfully submitted,

/s/ *David L. Patron*
David L. Patrón (La. Bar #22566)
Lindsay Calhoun (La. Bar #35070)
James H. Gilbert (La. Bar #36468)
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130
(504) 566-1311
david.patron@phelps.com
lindsay.calhoun@phelps.com
james.gilbert@phelps.com

Steven L. Manchel (*pro hac vice*)
Brian H. Lamkin (*pro hac vice*)
Manchel & Brennan, P.C.
100 River Ridge Drive, Suite 308

PD.27171936.1

- 2 -

Norwood, MA 02062
(617) 796-8920
smanchel@manchelbrennan.com
blamkin@manchelbrennan.com

*Attorneys for The Ruby Slipper Café, LLC*

PD.27171936.1