UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| THE RUBY SLIPPER CAFE, LLC, | ) | Civil Action No.: | 2:18-CV-01548 |
| Plaintiff, | ) | Judge: | BARRY ASHE |
| versus | ) | Magistrate: | KAREN WELLS ROBY |
| CHRISTOPHER BELOU and CB HOSPITALITY, LLC, | ) | | |
| Defendants. | ) | | |

## JOINT STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff The Ruby Slipper Café, LLC and Defendants Christopher Belou and CB Hospitality, LLC, having reached a confidential settlement of all claims and counterclaims asserted against each other in this case, hereby dismiss all of their claims, with prejudice to the re-filing of the same, with all costs and expenses relating to this litigation (including attorney's fees, expert fees, costs, and expenses) to be borne solely by the party incurring the same.

PD.28334360.2

Respectfully submitted,


*/s/David L. Patrón*
David L. Patrón (La. Bar #22566)
Lindsay Calhoun (La. Bar #35070)
James H. Gilbert (La. Bar #36468)
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130
(504) 566-1311
david.patron@phelps.com
lindsay.calhoun@phelps.com
james.gilbert@phelps.com

Steven L. Manchel (*pro hac vice*)
Brian H. Lamkin (*pro hac vice*)
Manchel & Brennan, P.C.
100 River Ridge Drive, Suite 308
Norwood, MA 02062
(617) 796-8920
smanchel@manchelbrennan.com
blamkin@manchelbrennan.com

*Attorneys for The Ruby Slipper Café, LLC*

- and –


*/s/Stephen M. Kepper*
Gregory D. Latham, LA Bar No. 25955
Stephen M. Kepper, LA Bar No. 34618
Richard T. Sahuc, LA Bar No. 29668
INTELLECTUAL PROPERTY CONSULTING, LLC
334 Carondelet Street, Suite B
New Orleans, LA 70130
Telephone: (504) 322-7166
Facsimile: (504) 322-7184
glatham@iplawconsulting.com
skepper@iplawconsulting.com
rsahuc@iplawconsulting.com

*Attorneys for Christopher Belou and CB Hospitality, LLC*

- 2 -